**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FREEMAN ALLEN FELDER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOE LIZARRAGA, et al.,<br><br>　　　　　Defendants. | No.  2:20-CV-0266-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983. Before the Court are Plaintiff's motions for an extension of 60 days to file a first amended complaint. ECF Nos. 14, 15. Plaintiff's attorney was delayed by the ongoing COVID-19 pandemic. ECF No. 15 at 1. For good cause shown, the Court grants Plaintiff's motions. Plaintiff may file a first amended complaint within 60 days of the date of this order. If Plaintiff does not file a first amended complaint within the time allotted, this action shall proceed on Plaintiff's original pro se complaint.

　　　　　IT IS SO ORDERED.

Dated:  February 3, 2021

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　DENNIS M. COTA
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE