IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREEMAN ALLEN FELDER, | No. 2:20-CV-0266-DMC-P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| JOE LIZARRAGA, et al., | |
| Defendants. | |

      Plaintiff, a prisoner proceeding with retained counsel, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pursuant to Eastern District of California Local Rules, this case was not assigned to a District Judge when the case was filed.  The parties have not consented to Magistrate Judge jurisdiction and the Court now finds that assignment of a District Judge is necessary to properly address the case.

      Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to randomly assign a District Judge and to update the docket to reflect the new case number.

Dated:  July 22, 2021

                                                            DENNIS M. COTA
                                                            UNITED STATES MAGISTRATE JUDGE

1