**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FREEMAN ALLEN FELDER,<br><br>Plaintiff,<br><br>v.<br><br>JOE LIZARRAGA, et al.,<br><br>Defendants. | No. 2:20-CV-0266-WBS-DMC-P<br><br><br><br>ORDER |

       Plaintiff, a prisoner proceeding with retained counsel, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

       On August 30, 2021, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within the time specified therein. No objections to the findings and recommendations have been filed.

       The Court has reviewed the file and finds the findings and recommendations to be supported by the record and the Magistrate Judge's analysis.

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 30, 2021, are adopted in full;

2. This action shall proceed on the original pro se complaint on Plaintiff's Eighth Amendment excessive force claims against Defendants Macias and Martin and Plaintiff's Fourteenth Amendment due process claim against Defendant Green; and

3. All other claims and defendants are dismissed for failure to state a claim.

Dated: October 27, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE