IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREEMAN ALLEN FELDER,<br><br>    Plaintiff,<br><br>    v.<br><br>H. MACIAS, et al.,<br><br>    Defendants. | No.  2:20-CV-0266-WBS-DMC-P<br><br><br><br>ORDER |

       Plaintiff, a prisoner proceeding with retained counsel, brings this civil rights action pursuant to 42 U.S.C. § 1983.  On December 9, 2021, the Court referred the matter to Alternative Dispute Resolution and stayed proceedings for 120 days.  <u>See</u> ECCF No. 29.  On January 19, 2022, the matter was set for a settlement conference before Magistrate Judge Jeremy D. Peterson on May 11, 2022.  <u>See</u> ECF No. 30.  On the Court's own motion, the stay of proceedings is extended through this date.

       IT IS SO ORDERED.

Dated:  January 20, 2022

                                             DENNIS M. COTA
                                             UNITED STATES MAGISTRATE JUDGE