1
2
3
4
5
6
7
8          **IN THE UNITED STATES DISTRICT COURT**
9          **FOR THE EASTERN DISTRICT OF CALIFORNIA**
10

11   FREEMAN ALLEN FELDER,                    No.  2:20-CV-0266-WBS-DMC-P

12             Plaintiff,

13        v.                                   ORDER

14   H. MACIAS, et al.,

15             Defendants.

16

17          Plaintiff, a prisoner proceeding with retained counsel, brings this civil rights action

18   pursuant to 42 U.S.C. § 1983.  Pending before the Court are the parties' motions, ECF No. 38 and

19   40, for modification of the schedule for this case.

20          A review of the docket reflects that discovery in this matter closed on December 5,

21   2022.  See ECF No. 35.  Plaintiff has timely filed a motion to compel discovery.  See ECF No.

22   36.  Also before the Court is Plaintiff's counsel's motion to withdraw.  See ECF No. 41.  The

23   Court finds it appropriate to vacate the dispositive motion filing deadline pending resolution of

24   Plaintiff's motion to compel and counsel's motion to withdraw.  Upon resolution of these other

25   pending motions, the Court will re-set the deadline to file dispositive motions.

26   / / /

27   / / /

28   / / /

1

1    Accordingly, IT IS HEREBY ORDERED as follows:

2    1.    The parties' motions to modify the schedule, ECF Nos. 38 and 40, are

3    granted.

4    2.    The remaining schedule for this case, consisting only of the dispositive

5    motion filing deadline, is vacated.

6    3.    The Court will re-set the dispositive motion filing deadline upon resolution

7    of Plaintiff's pending motions to compel and Plaintiff's counsel's pending motion to withdraw,

8    which will be addressed by separate orders.

9    4.    The Clerk of the Court is directed to terminate ECF Nos. 38 and 40 as

10   pending motions.

11

12   Dated:  April 26, 2023

13   _____
     DENNIS M. COTA
14   UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2