IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREEMAN ALLEN FELDER,<br><br>Plaintiff,<br><br>v.<br><br>H. MACIAS, et al.,<br><br>Defendants. | No. 2:20-CV-0266-WBS-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding with retained counsel, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's counsel's motion, ECF No. 41, to withdraw.

Plaintiff's counsel seeks to withdraw and leave Plaintiff to represent himself pro se. Counsel's application will be denied because it reflects no signature by Plaintiff indicating his consent to continue pro se. In this regard, the Court notes Plaintiff's pro se request for status, ECF No. 43, which was filed after counsel's motion to withdraw. In this request, Plaintiff indicates that he has had no contact with current counsel. On this record, and absent Plaintiff consent or event awareness of the request to withdraw, counsel's motion should be denied.

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's counsel's motion, ECF No. 41, to withdraw is denied without prejudice.

2. The Court sua sponte re-sets the deadline to file dispositive motions to 90 days from the date of this order.

3. The Clerk of the Court is directed to serve a copy of this order on Plaintiff at the following address:

> California Substance Abuse Treatment Facility
> D-4-134
> P.O. Box 5242
> Corcoran, CA 93212

Dated: June 5, 2023

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE