IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREEMAN ALLEN FELDER,<br><br>    Plaintiff,<br><br>    v.<br><br>H. MACIAS, et al.,<br><br>    Defendants. | No.  2:20-CV-0266-WBS-DMC-P<br><br><br>ORDER |

       Plaintiff, a prisoner proceeding with retained counsel, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court is Plaintiff's motion, ECF No. 48, for a status conference.

       In the motion, Plaintiff's counsel states that he has not had contact with Plaintiff is some time and that he believes he is no longer Plaintiff's attorney of record.  Counsel seeks a status conference to discuss the current status of Plaintiff's representation and options allowing for Plaintiff's pro se response to Defendants' pending motion for summary judgment.  The Court finds that a status conference is unnecessary.  On June 6, 2023, the Court issued an order denying counsel's motion to withdraw.  The reasons for the Court's decision were explained in that order and require no additional clarification.  Counsel was permitted to re-file his motion to withdraw upon a proper showing but has failed to do so.  Thus, as of the date of this order, counsel remains Plaintiff's attorney of record and obligated to respond on Plaintiff's behalf to the pending motion

for summary judgment.  The Court will extend the deadline for Plaintiff's counsel to do so.

          Accordingly, IT IS HEREBY ORDERED as follows:

          1.     Plaintiff's motion, ECF No. 48, for a status conference is DENIED.

          2.     Plaintiff shall file an opposition to Defendants' motion for summary judgment within 30 days of the date of this order.

          3.     The Clerk of the Court is directed to serve a copy of this order on Plaintiff at the following address:

    California Substance Abuse Treatment Facility
    D-4-134
    P.O. Box 5242
    Corcoran, CA 93212

Dated:  October 17, 2023

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE