IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREEMAN ALLEN FELDER,<br><br>    Plaintiff,<br><br>    v.<br><br>H. MACIAS, et al.,<br><br>    Defendants. | No. 2:20-CV-0266-WBS-DMC-P<br><br><br>ORDER |

        Plaintiff, a prisoner proceeding with retained counsel, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's counsel's proposed substitution of attorneys, ECF No. 54. Also before the Court is Plaintiff's motion for an extension of time, ECF No. 50, to file an opposition to Defendants' motion for summary judgment. The substitution is signed by counsel and Plaintiff Felder and permits withdrawal of counsel with Plaintiff Felder proceeding pro se. Good cause appearing therefor based on the consent of Plaintiff Felder to withdrawal of counsel, the substitution will be approved. The Court will grant Plaintiff Felder additional time to file a pro se opposition to Defendants' motion for summary judgment.

/ / /

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED as follows:

1. The substitution of counsel, ECF No. 54, is APPROVED.

2. Plaintiff Freeman Felder, who will be proceeding pro se, is substituted for attorney Michael D. Donaldson, Esq.

3. The Clerk of the Court is directed to update the docket to reflect Plaintiff Felder's address as:

> CDCR # BF3902
> Richard J. Donovan Correctional Facility
> 480 Alta Road
> San Diego, CA 92179

4. Plaintiff's motion for an extension of time, ECF No. 50, is GRANTED.

5. Plaintiff may file a pro se opposition to Defendants' motion for summary judgment within 30 days of the date of this order.

6. Defendants may file a reply within 30 days of service of any opposition.

7. The Clerk of the Court is directed to terminate ECF Nos. 50 and 54 as pending motions.

Dated: December 18, 2023

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE